

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Turner Specialty Services, LLC v. Michaela Horn, Individually and as next friend of G.H. and M.M., minors

Appellate case number:   01-22-00031-CV

Trial court case number:  2020-42026

Trial court:             55th District Court of Harris County

Appellant, Turner Specialty Services, LLC (TSS), has filed an emergency motion to stay all proceedings in the trial court. TSS has asked this Court to stay all proceedings and discovery in the underlying trial court as to all parties, and alternately, as to TSS only.

The Court requests appellee to file a response to this emergency motion **by 5:00 p.m. on Thursday, February 3, 2022.**

It is so ORDERED.

Judge's signature: _____/s/ Richard Hightower_____
        ☑ Acting individually   ☐ Acting for the Court

Date: __January 28, 2022_____